No. 386. El Pueblo v. Archilla.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 26, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Ramón Falcón.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

No. 380. El Pueblo v. Ortiz et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 26, 1911. Confirmada la sentencia apelada. Abogados de los apelantes: *Sres. Cayetano Coll y Cuchí y Pedro González.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

No. 383. El Pueblo v. Amador.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 30, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Ramón Falcón.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

No. 773. Enrich v. Forteza et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se desestime la apelación. Resuelto en octubre 30, 1911. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado por ley de marzo 9, 1911, y 40 del Reglamento del Tribunal Supremo. Abogado de los promoventes: *Sr. Cayetano Coll y Cuchí.* Abogados de la parte contraria: *Sres. López Landrón y Rincón.*

No. 774. Enrich v. Forteza et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se desestime la apelación. Resuelto en octubre 30, 1911.

Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado por ley de marzo 9, 1911, y 40 del Reglamento de este tribunal. Abogado de los promoventes: *Sr. Cayetano Coll y Cuchí.* Abogados de la parte contraria: *Sres. López Landrón y Rincón.*

---

No. 738. THE FAJARDO DEVELOPMENT Co. *v.* SUCESIÓN MORFI.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en octubre 30, 1911. Se enmienda la resolución de octubre 23, 1911.

---

No. 738. THE FAJARDO DEVELOPMENT Co. *v.* SUCESIÓN MORFI.—Apelación procedente de la Corte de Distrito de Humacao. Moción para dejar sin efecto la desestimación de oficio. Resuelto en octubre 31, 1911. Con lugar la moción. Abogados de los promoventes: *Sres. Garvan & Armstrong y Luis Muñoz Morales.* Abogados de la parte contraria: *Sres. Manuel Tous Soto y Carlos Travecier.*

---

No. 378. EL PUEBLO *v.* BURGOS.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en noviembre 2, 1911. Abogado del apelante: *Sr. Adrián Agosto.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 385. EX PARTE LEROY.—Apelación en caso de *habeas corpus* contra resolución dictada por el Juez Asociado Sr. MacLeary en agosto 12, 1911. Resuelto en noviembre 3, 1911. Confirmada la resolución apelada. Abogado del apelante: *Sr. Herminio Díaz Navarro.* Abogado de la parte contraria: *Sr. Jesús M. Rossy, Fiscal.*